Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–10237–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jason Bowers
    415 Washinton Avenue
    Point Pleasant Beach, NJ 08742

Social Security No.:
    xxx–xx–8680

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/27/19
Time:            10:00 AM
Location:            Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 7, 2019
JAN: mrg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-10237-KCF
Jason Bowers                                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Jan 07, 2019
                             Form ID: 132              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2019.
db           +Jason Bowers,    415 Washinton Avenue,   Point Pleasant Beach, NJ 08742-3370
517954197    +AT&T Direct TV,    Attn: IC System Inc,   PO Box 64378,   Saint Paul, MN 55164-0378
517954201     Barron Emergency Physicians,    PO Box 7418,   Philadelphia, PA 19101-7418
517954202    +CCC&B,    PO Box 336,   Raritan, NJ 08869-0336
517954203     Celentano, Stadtmauer & Walentowicz,    PO Box 2594,   Clifton, NJ 07015-2594
517954207     Comcast,    PO Box 1577,   Newark, NJ 07101-1577
517954209     JCP&L,    PO Box 3687,   Akron, OH 44309-3687
517954210     Jersey Shore University Medical Center,    PO Box 650292,   Dallas, TX 75265-0292
517954211    +KML Law Group,    216 Haddon Avenue,   #406,   Westmont, NJ 08108-2812
517954212    +MCOC-Meridian Health Systems,    Attn: CCC&B,   PO Box 1750,   Whitehouse Station, NJ 08889-1750
517954213    +Medical Payment Data,    Attn: Commonwealth Financial,   245 Main Street,
              Scranton, PA 18519-1641
517954215     Meridian Pediatric Associates,    PO Box 416768,   Boston, MA 02241-6768
517954218     NJ Natural Gas,    PO Box 11743,   Newark, NJ 07101-4743
517954216    +National Capital Management,    Attn: Portfolio Recovery Associates LLC,   PO Box 12914,
              Norfolk, VA 23541-0914
517954219     Ocean Medical Center,    PO Box 650292,   Dallas, TX 75265-0292
517954646    +Orion,    c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517954220    +Pendrick Capital Partners,    Attn: Transworld Systems,   500 Virginia Drive Suite 514,
              Fort Washington, PA 19034-2707
517954221    #+Penn Credit Corporation,    916 S 14th Street,   Harrisburg, PA 17104-3425
517954223     Point Pleasant-Brick Radiology,    PO Box 3131,   Point Pleasant Beach, NJ 08742-6131
517954227    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Compliance & Enforcement-Bankruptcy Unit,
              50 Barrack Street, 9th Floor,   PO Box 245,   Trenton, NJ 08695-0267)
517954224     Santander Consumer USA,    PO Box 961245,   Fort Worth, TX 76161-0244
517954228     Tidal Emergency Physicians,    PO Box 41433,   Philadelphia, PA 19101-1433
517954230     Trident Asset Managment,    10375 Old Alabama Rd Ste,   Alpharetta, GA 30022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2019 00:14:04    U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2019 00:14:02    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517954199    +E-mail/Text: bnc-capio@quantum3group.com Jan 08 2019 00:13:58    AssetCare,
              2222 Texoma Pkwy Ste 180,   Sherman, TX 75090-2484
517954204    +E-mail/Text: bnc-capio@quantum3group.com Jan 08 2019 00:13:58    CF Medical LLC,
              Attn: Capio Partners,   2222 Texoama Pkwy Ste 150,   Sherman, TX 75090-2481
517954205     E-mail/Text: bnc-capio@quantum3group.com Jan 08 2019 00:13:58    CF Medical LLC,   PO Box 788,
              Kirkland, WA 98083-0788
517954208     E-mail/Text: cio.bncmail@irs.gov Jan 08 2019 00:13:22    Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
517954214     E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jan 08 2019 00:14:43
              Meridian Health PT Payment,   PO Box 417140,   Boston, MA 02241-7140
517954217    +E-mail/PDF: pa_dc_claims@navient.com Jan 08 2019 00:11:19    Navient,   PO Box 9500,
              Wilkes Barre, PA 18773-9500
517954225    +E-mail/Text: jennifer.chacon@spservicing.com Jan 08 2019 00:15:04
              Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
517954226    +E-mail/Text: bankruptcy@sw-credit.com Jan 08 2019 00:14:04    Southwest Credit System,
              4120 International Parkway,   Carrollton, TX 75007-1958
517954233     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 08 2019 00:12:54
              Verizon,   PO Box 920041,   Dallas, TX 75392-0041
517954232     E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 08 2019 00:12:54
              Verizon,   PO Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                    TOTAL: 12

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517954200*   +AssetCare,    2222 Texoma Pkwy Ste 180,   Sherman, TX 75090-2484
517954206*   +CF Medical LLC,    Attn: Capio Partners,   2222 Texoama Pkwy Ste 150,   Sherman, TX 75090-2481
517954222*   +Penn Credit Corporation,    916 S 14th Street,   Harrisburg, PA 17104-3425
517954229*    Tidal Emergency Physicians,    PO Box 41433,   Philadelphia, PA 19101-1433
517954231*    Trident Asset Managment,    10375 Old Alabama Rd Ste,   Alpharetta, GA 30022-2000
517954198    ##ACB Receivables Management,    PO Box 350,   Asbury Park, NJ 07712-0350
                                                                          TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 07, 2019
                              Form ID: 132             Total Noticed: 35
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          James J. Cerbone    on behalf of Debtor Jason  Bowers cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 3
```