| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Jason Bowers<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8680<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:   13   1/4/19 |
| Case number: | 19–10237–KCF | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                         12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason Bowers | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 415 Washinton Avenue<br>Point Pleasant Beach, NJ 08742 | |
| 4. | **Debtor's attorney**<br>Name and address | James J. Cerbone<br>2430 Highway 34, Building B<br>Suite 22<br>Wall, NJ 08736 | Contact phone (732) 681–6800 |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 1/5/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 31, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/1/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/15/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-10237-KCF
Jason Bowers                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 07, 2019
                              Form ID: 309I            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2019.
```
db             +Jason Bowers,    415 Washinton Avenue,    Point Pleasant Beach, NJ 08742-3370
517954197      +AT&T Direct TV,    Attn: IC System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
517954201       Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517954202      +CCC&B,    PO Box 336,    Raritan, NJ 08869-0336
517954203       Celentano, Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
517954207       Comcast,    PO Box 1577,    Newark, NJ 07101-1577
517954209       JCP&L,    PO Box 3687,    Akron, OH 44309-3687
517954210       Jersey Shore University Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517954211      +KML Law Group,    216 Haddon Avenue,    #406,    Westmont, NJ 08108-2812
517954212      +MCOC-Meridian Health Systems,    Attn: CCC&B,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517954213      +Medical Payment Data,    Attn: Commonwealth Financial,    245 Main Street,
                 Scranton, PA 18519-1641
517954215       Meridian Pediatric Associates,    PO Box 416768,    Boston, MA 02241-6768
517954218       NJ Natural Gas,    PO Box 11743,    Newark, NJ 07101-4743
517954216      +National Capital Management,    Attn: Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541-0914
517954219       Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517954220      +Pendrick Capital Partners,    Attn: Transworld Systems,    500 Virginia Drive Suite 514,
                 Fort Washington, PA 19034-2707
517954221     #+Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
517954223       Point Pleasant-Brick Radiology,    PO Box 3131,    Point Pleasant Beach, NJ 08742-6131
517954227     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Compliance & Enforcement-Bankruptcy Unit,
                 50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267)
517954228       Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517954230       Trident Asset Managment,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: cerbonelawfirm@aol.com Jan 08 2019 00:12:28     James J. Cerbone,
                 2430 Highway 34, Building B,    Suite 22,    Wall, NJ 08736
tr              E-mail/Text: bnc@russotrustee.com Jan 08 2019 00:15:01     Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2019 00:14:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2019 00:14:01     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517954199      +EDI: CAPIO.COM Jan 08 2019 04:28:00      AssetCare,    2222 Texoma Pkwy Ste 180,
                 Sherman, TX 75090-2484
517954204      +EDI: CAPIO.COM Jan 08 2019 04:28:00      CF Medical LLC,    Attn: Capio Partners,
                 2222 Texoama Pkwy Ste 150,    Sherman, TX 75090-2481
517954205       EDI: CAPIO.COM Jan 08 2019 04:28:00      CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517954208       EDI: IRS.COM Jan 08 2019 04:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517954214       E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jan 08 2019 00:14:43
                 Meridian Health PT Payment,    PO Box 417140,    Boston, MA 02241-7140
517954217      +EDI: NAVIENTFKASMSERV.COM Jan 08 2019 04:28:00      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517954224       EDI: DRIV.COM Jan 08 2019 04:28:00      Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX 76161-0244
517954225      +E-mail/Text: jennifer.chacon@spservicing.com Jan 08 2019 00:15:04
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
517954226      +EDI: SWCR.COM Jan 08 2019 04:28:00      Southwest Credit System,    4120 International Parkway,
                 Carrollton, TX 75007-1958
517954233       EDI: VERIZONCOMB.COM Jan 08 2019 04:28:00      Verizon,    PO Box 920041,    Dallas, TX 75392-0041
517954232       EDI: VERIZONCOMB.COM Jan 08 2019 04:28:00      Verizon,    PO Box 25505,
                 Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 15
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517954200*     +AssetCare,    2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
517954206*     +CF Medical LLC,    Attn: Capio Partners,    2222 Texoama Pkwy Ste 150,    Sherman, TX 75090-2481
517954222*     +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
517954229*      Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517954231*      Trident Asset Managment,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022-2000
517954198     ##ACB Receivables Management,    PO Box 350,    Asbury Park, NJ 07712-0350
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 07, 2019
                              Form ID: 309I            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2019 at the address(es) listed below:
NONE.                                                                                               TOTAL: 0