Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−10237−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason Bowers
   415 Washinton Avenue
   Point Pleasant Beach, NJ 08742

Social Security No.:
   xxx−xx−8680

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 2, 2019.

On July 20, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            August 26, 2020
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 21, 2020
JAN: pbf

                                                    Jeanne Naughton
                                                    Clerk

```
United States Bankruptcy Court
       District of New Jersey
In re:                                                         Case No. 19-10237-MBK
Jason Bowers                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2          Date Rcvd: Jul 21, 2020
                               Form ID: 185             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db             #+Jason Bowers,    415 Washinton Avenue,    Point Pleasant Beach, NJ 08742-3370
517954197       +AT&T Direct TV,   Attn: IC System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
517954201        Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517954202       +CCC&B,    PO Box 336,   Raritan, NJ 08869-0336
517954203        Celentano, Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
518069032       +JCP&L,   101 Crawfords Corner Rd.,    Bldg. # 1, Ste. 1-511,    Holmdel, NJ 07733-1976
517954209        JCP&L,    PO Box 3687,    Akron, OH 44309-3687
517954210        Jersey Shore University Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517954211       +KML Law Group,   216 Haddon Avenue,    #406,    Westmont, NJ 08108-2812
517954212       +MCOC-Meridian Health Systems,    Attn: CCC&B,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517954213       +Medical Payment Data,    Attn: Commonwealth Financial,   245 Main Street,
                  Scranton, PA 18519-1641
517954215        Meridian Pediatric Associates,    PO Box 416768,    Boston, MA 02241-6768
517954218        NJ Natural Gas,   PO Box 11743,    Newark, NJ 07101-4743
517984111       +NJ Natural Gas,   1415 Wykoff Rd., POB 1378,    Wall, NJ 07719-1378
517954216       +National Capital Management,    Attn: Portfolio Recovery Associates LLC,    PO Box 12914,
                  Norfolk, VA 23541-0914
517954219        Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517954646       +Orion,    c/o of PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
517954220       +Pendrick Capital Partners,    Attn: Transworld Systems,    500 Virginia Drive Suite 514,
                  Fort Washington, PA 19034-2733
518030338        Pendrick Capital Partners II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
517954223        Point Pleasant-Brick Radiology,    PO Box 3131,    Point Pleasant Beach, NJ 08742-6131
517954227       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Compliance & Enforcement-Bankruptcy Unit,
                  50 Barrack Street, 9th Floor,    PO Box 245,   Trenton, NJ 08695-0267)
517954224        Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
517954228        Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517954230        Trident Asset Managment,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2020 23:01:47     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2020 23:01:46      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517954199       +E-mail/Text: bnc-capio@quantum3group.com Jul 21 2020 23:01:45     AssetCare,
                  2222 Texoma Pkwy Ste 180,   Sherman, TX 75090-2484
517954204       +E-mail/Text: bnc-capio@quantum3group.com Jul 21 2020 23:01:45     CF Medical LLC,
                  Attn: Capio Partners,    2222 Texoama Pkwy Ste 150,   Sherman, TX 75090-2481
517954205        E-mail/Text: bnc-capio@quantum3group.com Jul 21 2020 23:01:45     CF Medical LLC,   PO Box 788,
                  Kirkland, WA 98083-0788
517954207        E-mail/Text: documentfiling@lciinc.com Jul 21 2020 23:01:09     Comcast,   PO Box 1577,
                  Newark, NJ 07101-1577
517954208        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 21 2020 23:01:26     Internal Revenue Service,
                  PO Box 7346,   Philadelphia, PA 19101-7346
517954214        E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02
                  Meridian Health PT Payment,   PO Box 417140,    Boston, MA 02241-7140
517954217       +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2020 23:21:22     Navient,   PO Box 9500,
                  Wilkes Barre, PA 18773-9500
518005334        E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 21 2020 23:01:10
                  Navient Solutions, LLC on behalf of,    Great Lakes Higher Education Guaranty Co,
                  GLHEC and Affiliates,    PO BOX 8961,   Madison, WI 53708-8961
518102989       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 21 2020 23:01:10
                  Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,   PO Box 8961,
                  Madison, WI 53708-8961
518119956        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:08:11
                  Portfolio Recovery Associates, LLC,    c/o Santander Consumer Usa, Inc.,   POB 41067,
                  Norfolk VA 23541
518048507        E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 23:01:42
                  Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517954225       +E-mail/Text: jennifer.chacon@spservicing.com Jul 21 2020 23:02:08
                  Select Portfolio Servicing,   PO Box 65250,    Salt Lake City, UT 84165-0250
517954226       +E-mail/Text: bankruptcy@sw-credit.com Jul 21 2020 23:01:48     Southwest Credit System,
                  4120 International Parkway,   Carrollton, TX 75007-1958
518121021        E-mail/Text: jennifer.chacon@spservicing.com Jul 21 2020 23:02:08     U.S. Bank N.A. et al,
                  c/o Select Portfolio Servicing Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
517954233        E-mail/Text: wfmelectronicbankrputcynotifications@verizonwireless.com Jul 21 2020 23:01:07
                  Verizon,   PO Box 920041,   Dallas, TX 75392-0041
517954232        E-mail/Text: wfmelectronicbankrputcynotifications@verizonwireless.com Jul 21 2020 23:01:07
                  Verizon,   PO Box 25505,   Lehigh Valley, PA 18002-5505
                                                                                             TOTAL: 18
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 21, 2020
                              Form ID: 185             Total Noticed: 42


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517954200*     +AssetCare,    2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
517954206*     +CF Medical LLC,    Attn: Capio Partners,    2222 Texoama Pkwy Ste 150,    Sherman, TX 75090-2481
517954222*     +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
517954229*      Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517954231*      Trident Asset Managment,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022-2000
517954198     ##ACB Receivables Management,    PO Box 350,    Asbury Park, NJ 07712-0350
517954221     ##+Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
                                                                                 TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
           Series 2006-FRE1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Jason   Bowers cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Kevin Gordon McDonald     on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through
           Certificates, Series 2006-FRE1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```