**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:   
Jason Bowers

Case No.: 19-10237

Judge: MBK

Debtor(s)

### Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 7/9/2020

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __JC__    Initial Debtor: __JB__    Initial Co-Debtor: _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ _____2347_____ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____48_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

   ☒ Future earnings

   ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

   ☐ Sale of real property
   Description:
   Proposed date for completion: _____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐ Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:   Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

    a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Taxes | 49743 |

    b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Select Portfolio Servicing | 401 Sheffield Road Cherry Hill NJ | $295, 637 | $544,029 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Internal Revenue Services | personal property | $7919.89 |
| State of New Jersey | personal property | $8220.01 |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| Navient | Student loan | outside the plan | |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    **b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

    **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:    Other Plan Provisions

    **a. Vesting of Property of the Estate**

        ☒   Upon confirmation

        ☐   Upon discharge

    **b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Secured Claims
4) Priority Claims & 5) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 7/9/2020                                            /s/Jason Bowers
                                                          Debtor

Date: _____                                      _____
                                                          Joint Debtor

Date: 7/9/2020                                            /s/James J Cerbone
                                                          Attorney for Debtor(s)

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 19-10237-MBK
Jason Bowers                                                  Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2         Date Rcvd: Jul 21, 2020
                              Form ID: pdf901            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db             #+Jason Bowers,    415 Washinton Avenue,    Point Pleasant Beach, NJ 08742-3370
517954197       +AT&T Direct TV,    Attn: IC System Inc,   PO Box 64378,    Saint Paul, MN 55164-0378
517954201        Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517954202       +CCC&B,   PO Box 336,    Raritan, NJ 08869-0336
517954203        Celentano, Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
518069032       +JCP&L,   101 Crawfords Corner Rd.,    Bldg. # 1, Ste. 1-511,    Holmdel, NJ 07733-1976
517954209        JCP&L,   PO Box 3687,    Akron, OH 44309-3687
517954210        Jersey Shore University Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517954211       +KML Law Group,    216 Haddon Avenue,    #406,   Westmont, NJ 08108-2812
517954212       +MCOC-Meridian Health Systems,    Attn: CCC&B,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517954213       +Medical Payment Data,    Attn: Commonwealth Financial,    245 Main Street,
                  Scranton, PA 18519-1641
517954215        Meridian Pediatric Associates,    PO Box 416768,    Boston, MA 02241-6768
517954218        NJ Natural Gas,    PO Box 11743,    Newark, NJ 07101-4743
517984111       +NJ Natural Gas,    1415 Wykoff Rd., POB 1378,    Wall, NJ 07719-1378
517954216       +National Capital Management,    Attn: Portfolio Recovery Associates LLC,    PO Box 12914,
                  Norfolk, VA 23541-0914
517954219        Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
517954646       +Orion,   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517954220       +Pendrick Capital Partners,    Attn: Transworld Systems,    500 Virginia Drive Suite 514,
                  Fort Washington, PA 19034-2733
518030338        Pendrick Capital Partners II, LLC,    PO BOX 141419,    IRVING, TX  75014-1419
517954223        Point Pleasant-Brick Radiology,    PO Box 3131,    Point Pleasant Beach, NJ 08742-6131
517954227      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Compliance & Enforcement-Bankruptcy Unit,
                  50 Barrack Street, 9th Floor,    PO Box 245,    Trenton, NJ 08695-0267)
517954224        Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
517954228        Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517954230        Trident Asset Managment,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2020 23:01:47      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2020 23:01:46       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517954199      +E-mail/Text: bnc-capio@quantum3group.com Jul 21 2020 23:01:45       AssetCare,
                  2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
517954204      +E-mail/Text: bnc-capio@quantum3group.com Jul 21 2020 23:01:44       CF Medical LLC,
                  Attn: Capio Partners,    2222 Texoama Pkwy Ste 150,    Sherman, TX 75090-2481
517954205       E-mail/Text: bnc-capio@quantum3group.com Jul 21 2020 23:01:44       CF Medical LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
517954207       E-mail/Text: documentfiling@lciinc.com Jul 21 2020 23:01:09       Comcast,    PO Box 1577,
                  Newark, NJ 07101-1577
517954208       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 21 2020 23:01:25       Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
517954214       E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jul 21 2020 23:02:02
                  Meridian Health PT Payment,    PO Box 417140,    Boston, MA 02241-7140
517954217      +E-mail/PDF: pa_dc_claims@navient.com Jul 21 2020 23:08:16       Navient,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
518005334       E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 21 2020 23:01:10
                  Navient Solutions, LLC on behalf of,    Great Lakes Higher Education Guaranty Co,
                  GLHEC and Affiliates,    PO BOX 8961,    Madison, WI 53708-8961
518102989      +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Jul 21 2020 23:01:10
                  Navient Solutions, LLC on behalf of,    Ascendium Education Solutions, Inc.,    PO Box 8961,
                  Madison, WI 53708-8961
518119956       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2020 23:08:11
                  Portfolio Recovery Associates, LLC,    c/o Santander Consumer Usa, Inc.,    POB 41067,
                  Norfolk VA 23541
518048507       E-mail/Text: bnc-quantum@quantum3group.com Jul 21 2020 23:01:42
                  Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
517954225      +E-mail/Text: jennifer.chacon@spservicing.com Jul 21 2020 23:02:08
                  Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
517954226      +E-mail/Text: bankruptcy@sw-credit.com Jul 21 2020 23:01:48       Southwest Credit System,
                  4120 International Parkway,    Carrollton, TX 75007-1958
518121021       E-mail/Text: jennifer.chacon@spservicing.com Jul 21 2020 23:02:08       U.S. Bank N.A. et al,
                  c/o Select Portfolio Servicing Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
517954233       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 21 2020 23:01:07
                  Verizon,   PO Box 920041,    Dallas, TX 75392-0041
517954232       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 21 2020 23:01:07
                  Verizon,   PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                               TOTAL: 18
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jul 21, 2020
                              Form ID: pdf901          Total Noticed: 42


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517954200*     +AssetCare,    2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
517954206*     +CF Medical LLC,    Attn: Capio Partners,    2222 Texoama Pkwy Ste 150,    Sherman, TX 75090-2481
517954222*     +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
517954229*      Tidal Emergency Physicians,    PO Box 41433,    Philadelphia, PA 19101-1433
517954231*      Trident Asset Managment,    10375 Old Alabama Rd Ste,    Alpharetta, GA 30022-2000
517954198     ##ACB Receivables Management,    PO Box 350,    Asbury Park, NJ 07712-0350
517954221     ##+Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
           Series 2006-FRE1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Jason  Bowers cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
           holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through
           Certificates, Series 2006-FRE1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```