UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JAMES J. CERBONE, ESQUIRE-4036
2430 HIGHWAY 34
BUILDING B SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for debtor

**Order Filed on September 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JASON BOWERS

Case No.:  19-10237

Chapter:  13

Judge:  MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 9, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Esq_____, the applicant, is allowed a fee of $ _____750.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____750.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____2348.30_____ per month for _____41_____ months to allow for payment of the above fee.

*rev.8/1/15*