| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br> JASON BOWERS | Case No.: 19-10237 <br> Adversary No.: _____ <br> Chapter: 13 <br> Judge: MBK |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Jason Bowers
(Example: John Smith, creditor)

Old address:   415 Washington Avenue
               Pt. Pleasant Beach, NJ  08742

New address:   808 A  Atlantic Avenue
               Pt. Pleasant Beach, NJ  08742

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  6-29-2023              /s/ Jason Bowers
                              Signature

*rev.8/1/2021*