**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jason Bowers<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8680<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–10237–MBK | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jason Bowers

   7/14/23                                                    **By the court:** Michael B. Kaplan
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jason Bowers  
　　Debtor

Case No. 19-10237-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 3  
Date Rcvd: Jul 14, 2023　　　　　　　　　　　　　Form ID: 3180W　　　　　　　　　　　　　Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##　　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason Bowers, 808 A Atlantic Avenue, Point Pleasant Beach, NJ 08742-2914 |
| 517954198 | | ACB Receivables Management, PO Box 350, Asbury Park, NJ 07712-0350 |
| 517954197 | + | AT&T Direct TV, Attn: IC System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517954201 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 517954202 | + | CCC&B, PO Box 336, Raritan, NJ 08869-0336 |
| 517954203 | | Celentano, Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 517954210 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 517954212 | + | MCOC-Meridian Health Systems, Attn: CCC&B, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 517954213 | + | Medical Payment Data, Attn: Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 517954215 | | Meridian Pediatric Associates, PO Box 416768, Boston, MA 02241-6768 |
| 517954218 | | NJ Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 517984111 | + | NJ Natural Gas, 1415 Wykoff Rd., POB 1378, Wall, NJ 07719-1378 |
| 517954216 | + | National Capital Management, Attn: Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 517954219 | | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 517954220 | + | Pendrick Capital Partners, Attn: Transworld Systems, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 517954221 | + | Penn Credit Corporation, 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 517954223 | | Point Pleasant-Brick Radiology, PO Box 3131, Point Pleasant Beach, NJ 08742-6131 |
| 517954227 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 517954228 | | Tidal Emergency Physicians, PO Box 41433, Philadelphia, PA 19101-1433 |
| 517954230 | | Trident Asset Managment, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022-2000 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2023 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2023 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Jul 15 2023 00:52:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 517954199 | + | EDI: CAPIO.COM | Jul 15 2023 00:52:00 | AssetCare, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 517954205 | | EDI: CAPIO.COM | Jul 15 2023 00:52:00 | CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517954204 | + | EDI: CAPIO.COM | Jul 15 2023 00:52:00 | CF Medical LLC, Attn: Capio Partners, 2222 |

Case 19-10237-MBK    Doc 53    Filed 07/16/23    Entered 07/17/23 00:15:11    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Texoama Pkwy Ste 150, Sherman, TX 75090-2481 |
| 517954207 | | EDI: COMCASTCBLCENT | Jul 15 2023 00:52:00 | Comcast, PO Box 1577, Newark, NJ 07101-1577 |
| 519471087 | + | EDI: AISACG.COM | Jul 15 2023 00:52:00 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517954209 | | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 14 2023 21:00:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 518069032 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 14 2023 21:00:00 | JCP&L, 101 Crawfords Corner Rd., Bldg. # 1, Ste. 1-511, Holmdel, NJ 07733-1976 |
| 517954214 | | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Jul 14 2023 21:01:00 | Meridian Health PT Payment, PO Box 417140, Boston, MA 02241-7140 |
| 517954217 | + | EDI: NAVIENTFKASMSERV.COM | Jul 15 2023 00:52:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 518005334 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 14 2023 20:59:00 | Navient Solutions, LLC on behalf of, Great Lakes Higher Education Guaranty Co, GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 518102989 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 14 2023 20:59:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 517954646 | + | EDI: RECOVERYCORP.COM | Jul 15 2023 00:52:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518030338 | | Email/Text: perituspendrick@peritusservices.com | Jul 14 2023 20:59:00 | Pendrick Capital Partners II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518119956 | | EDI: PRA.COM | Jul 15 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o Santander Consumer Usa, Inc., POB 41067, Norfolk VA 23541 |
| 518048507 | | EDI: Q3G.COM | Jul 15 2023 00:52:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517954224 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 14 2023 21:00:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 517954225 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2023 21:01:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517954226 | + | Email/Text: bankruptcy@sw-credit.com | Jul 14 2023 21:00:00 | Southwest Credit System, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 518121021 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2023 21:01:00 | U.S. Bank N.A. et al, c/o Select Portfolio Servicing Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517954233 | | EDI: VERIZONCOMB.COM | Jul 15 2023 00:52:00 | Verizon, PO Box 920041, Dallas, TX 75392-0041 |
| 517954232 | | EDI: VERIZONCOMB.COM | Jul 15 2023 00:52:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517954200 | *+ | AssetCare, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 517954206 | *+ | CF Medical LLC, Attn: Capio Partners, 2222 Texoama Pkwy Ste 150, Sherman, TX 75090-2481 |
| 517954208 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517954222 | *+ | Penn Credit Corporation, 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 517954229 | * | Tidal Emergency Physicians, PO Box 41433, Philadelphia, PA 19101-1433 |
| 517954231 | * | Trident Asset Managment, 10375 Old Alabama Rd Ste, Alpharetta, GA 30022-2000 |
| 517954211 | ##+ | KML Law Group, 216 Haddon Avenue, #406, Westmont, NJ 08108-2812 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 3180W | Total Noticed: 44 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| James J. Cerbone | on behalf of Debtor Jason Bowers cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates, Series 2006-FRE1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7